UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

Richard Wardy, *also known as, Vicky Wardy,*

        Plaintiff,

   -against-

Michael Carlo., et al.,

        Defendants.
---------------------------------------------------------X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 2 5 2008
```

08 Civ. 2818 (PAC)(KNF)
**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__ **General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement)**

_____ Specific Non-Dispositive Motion/Dispute:*
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

_____ Settlement*

_____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

_____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

_____ Habeas Corpus

_____ Social Security

__X__ **Dispositive Motion (i.e. motion requiring a Report and Recommendation)**

_____ Inquest After Default/Damages Hearing

==========================================================================

* Do not check if already referred for general pretrial

SO ORDERED

DATED: New York, New York
        March 25, 2008

_____
Paul A. Crotty
United States District Judge

Copy Mailed By Chambers To:

Richard Wardy
09415-158
MDC-Brooklyn
80-29th Street
Brooklyn, NY 11232